UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO HEYWARD,

    Plaintiff,

  v.

HAYWARD POLICE DEPARTMENT OFFICER, et al.,

    Defendants.

Case No. 14-cv-03618-MEJ

**ORDER RE: DISCOVERY MEET AND CONFER PROCEDURE**

On March 9, 2015, Defendants filed a request to enforce the Court's meet and confer requirement regarding outstanding discovery disputes. Dkt. No. 20. Good cause appearing, the Court hereby ORDERS as follows:

1) The Court finds that Defendants have made a good faith effort to meet and confer in compliance with the undersigned's Discovery Standing Order. Accordingly, Defendants shall file and serve on Plaintiff Marco Heyward their portion of a draft joint letter in compliance with the undersigned's Discovery Standing Order.

2) After Defendants file and serve their letter, Plaintiff shall have seven (7) calendar days to file any response.

3) Each party is permitted up to three (3) pages for their letter. The Court shall not consider any text that goes beyond three pages.

4) For any disputes not addressed in Defendants' March 9 letter, the parties must still comply with the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: March 10, 2015

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO HEYWARD,

        Plaintiff,

    v.

HAYWARD POLICE DEPARTMENT OFFICER, et al.,

        Defendants.

Case No.  14-cv-03618-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/10/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marco Heyward
P.O. Box 466
Hayward, CA 94543

Dated: 3/10/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES