UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO HEYWARD,

    Plaintiff,

  v.

HAYWARD POLICE DEPARTMENT OFFICER, et al.,

    Defendants.

Case No. 14-cv-03618-MEJ

**ORDER TO SHOW CAUSE**

On March 9, 2015, Defendants filed a request to enforce the Court's meet and confer requirement for discovery disputes, stating that Plaintiff Marco Heyward had not responded to their requests to meet and confer regarding outstanding disputes. Dkt. No. 20. Having found that Defendants made a good faith effort to meet and confer in compliance with the undersigned's Discovery Standing Order, the Court ordered Defendants to file and serve on Plaintiff their portion of a draft joint discovery letter. Dkt. No. 21. After Defendants filed their letter, the Court ordered Plaintiff to file any response with 7 days. *Id.* Although Defendants filed their letter on March 16, 2015, Plaintiff has failed to respond.

Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by April 7, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 23, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 25, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO HEYWARD,

    Plaintiff,

v.

HAYWARD POLICE DEPARTMENT OFFICER, et al.,

    Defendants.

Case No.  14-cv-03618-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/25/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marco Heyward
P.O. Box 466
Hayward, CA 94543

Dated: 3/25/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2