UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HEYWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>HAYWARD POLICE DEPARTMENT and OFFICER CLARK,<br><br>    Defendants. | Case No. 14-cv-03618-MEJ<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**<br><br>Re: Docket No. 26 |

On April 13, 2015, the Court dismissed this case for failure to prosecute, noting Plaintiff Marco Heyward delayed adjudication of his claims by failing to respond to Defendants' discovery requests, failing to respond to a pending Motion for Sanctions, failing to appear for the early neutral evaluation hearing, and failing to respond to the Court's show cause order. Dkt. No. 25. Plaintiff has now filed a Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60. Dkt. No. 26. The Court has considered Plaintiff's Motion, and it finds that a response from Defendants is not warranted. The Court also finds Plaintiff's Motion suitable for disposition without oral argument. *See* Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).

Rule 60(b) provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; or (6) any other reason justifying relief. Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "Motions for relief from judgment pursuant to Rule 60(b) are addressed to the sound discretion of the district court." *Casey v. Albertso's Inc.*, 362 F.3d 1254, 1257 (9th Cir. 2004).

Plaintiff does not state under which provision he brings his Motion, but the Court finds he

has not demonstrated a valid ground for relief under any provision. Plaintiff's only stated reason for failing to prosecute is that he understood all communications between the parties was to go through the appointed neutral evaluator. Mot. at 2. However, the Court did not direct Plaintiff to communicate with the Court or Defendants through the neutral evaluator, and the record in this case makes that clear. *See* Dkt. Nos. 17, 21, 24. Accordingly, the Court **DENIES** Plaintiff's Motion.

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge